UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARA WILLIAMS,<br><br>                                    Plaintiff,<br>-against-<br><br>CAPTION MANAGEMENT LLC, CAPTION PARTNERS II LP, CAPTION GP, LLC, WILLIAM COOPER III and JASON STRASSER,<br><br>                                    Defendants.<br><br>and<br><br>CLARUS CORPORATION,<br><br>                                    Nominal Defendant | 1:24-cv-01018 (ALC)<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from yesterday's status conference in this case, the Court reminds Plaintiff and Nominal Defendant of the upcoming deadlines in this case:

- June 18, 2025:  Joint Status Report (providing an update on the status of any discussions as to a possible agreement between Nominal Defendant and Plaintiff regarding fees and the voluntary dismissal of this action) due;
- July 2, 2025:  Nominal Defendant's opening brief due;
- July 16, 2025:  Plaintiff's opposition due;
- July 23, 2025:  Nominal Defendant's reply due.

**SO ORDERED.**

Dated:    **June 5, 2025**
              **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**