UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TARA WILLIAMS,

                                    Plaintiff,

            -against-

CAPTION MANAGEMENT LLC, et al.,

                                    Defendants.

-------------------------------------------------------------X

-------------------------------------------------------------X

CLARUS CORPORATION,

                                    Plaintiff,

            -against-

CAPTION MANAGEMENT LLC, et al.,

                                    Defendants.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/2/2025__

24-CV-01018 (ALC)(SN)

**ORDER**

24-CV-01811 (ALC)(SN)

**SARAH NETBURN, United States Magistrate Judge:**

By no later than Wednesday, December 3, 2025, the parties are ORDERED to file a joint letter updating the Court on the status of settlement negotiations and whether they intend to raise any discovery issues during the status conference scheduled for Friday, December 5, 2025.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        December 2, 2025
              New York, New York