**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**TARA WILLIAMS,**

                                        **Plaintiff,**

                    **-against-**

**CAPTION MANAGEMENT LLC, et al.,**

                                        **Defendants.**

----------------------------------------------------------------X

----------------------------------------------------------------X

**CLARUS CORPORATION,**

                                        **Plaintiff,**
                    **-against-**

**CAPTION MANAGEMENT LLC, et al.,**

                                        **Defendants.**
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 12/5/2025

**24-CV-01018 (ALC)(SN)**

**ORDER**

**24-CV-01811 (ALC)(SN)**

**SARAH NETBURN, United States Magistrate Judge:**

On Friday, December 5, 2025, the parties appeared for a status conference. The stay of all case proceedings and deadlines in the Williams and Clarus actions is lifted. As discussed during the conference, the following case management schedule was proposed by the parties and approved by the Court:

- By no later than Monday, January 5, 2026, the Caption Defendants shall file their objections to the Court's October 3, 2025 Opinion and Order. Plaintiff shall file their opposition by Tuesday, January 20, 2026.

- By no later than Tuesday, February 17, 2026, the parties shall submit a joint letter (not to exceed five pages) updating the court on the status of discovery.

- Fact discovery shall be completed by Tuesday, March 31, 2026.

- Expert disclosures shall be made by Thursday, April 30, 2026. Rebuttal expert disclosures shall be made by Friday, May 29, 2026. Expert discovery shall be completed by Tuesday, June 30, 2026.

- Absent further order by the Court, any party that wishes to file a motion for summary judgment shall file a pre-motion letter with the Hon. Andrew L. Carter, Jr. by Friday, July 17, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      December 5, 2025
            New York, New York

2