**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
TARA WILLIAMS,

                    Plaintiff,                    24 **CIVIL** 1018 (ALC) (SN)

       -against-                     **JUDGMENT**

  CAPTION MANAGEMENT LLC ET AL

                  Defendants.
-------------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Text Only Order dated February 9, 2026, Defendant Clarus' motion to

dismiss is granted without prejudice; accordingly, this case is closed.

**Dated:** New York, New York

     February 11, 2026

                              **TAMMI M. HELLWIG**
                                    _____
                                   **Clerk of Court**

                  **BY:**    _____
                                **Deputy Clerk**