**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------- X

**WILLIAMS**                                            :

                                   **Plaintiff,**        :

                   -against-                             :          **24-CV-1018 (ALC)**

                                                        :

**CAPTION MANAGEMENT LLC ET AL,**                        :

                                   **Defendants.**       :          **ORDER**

                                                        :

----------------------------------------------------------------

**ANDREW L. CARTER, JR., District Judge:**

On March 2, 2026, the Court received a letter from Tara Williams requesting the Court

seal ECF No. 63. Williams' request is GRANTED. The Clerk of Court is respectfully directed

to seal ECF No. 63.

**SO ORDERED.**


**Dated:**     **New York, New York**
              **March 2, 2026**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**

1